IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRUSTEES OF THE UNITE HERE NATIONAL RETIREMENT FUND,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO SEWING ASSOCIATION,<br><br>    Defendant | No. C-06-4394 MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; SETTING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT** |

     Before the Court is plaintiff's request, filed October 6, 2006, to vacate the case management conference scheduled for October 27, 2006 and set a deadline by which plaintiff must file a motion for default judgment. On October 12, 2006, the Clerk entered defendant's default.

     Good cause appearing, plaintiff's request to vacate the case management conference is hereby GRANTED. Plaintiff shall file its motion for default judgment no later than December 1, 2006.

     **IT IS SO ORDERED.**

Dated: October 16, 2006

                                                                      MAXINE M. CHESNEY<br>                                                                   United States District Judge