IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRUSTEES OF THE UNITE HERE NATIONAL RETIREMENT FUND,<br><br>      Plaintiff,<br>  v.<br><br>SAN FRANCISCO SEWING ASSOCIATION,<br><br>      Defendant / | No. C-06-4394 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS; VACATING HEARING** |

    Before the Court is plaintiff The Trustees of the UNITE HERE National Retirement Fund's motion, filed February 8, 2007, for an award of attorney's fees and costs, pursuant to 29 U.S.C. § 1451(e).  Defendant San Francisco Sewing Association, although served with the motion, has not filed opposition or any other response to the motion.  Having reviewed the papers filed in support of the motion, the Court deems the matter suitable for decision on the papers, VACATES the hearing scheduled for March 30, 2007, and rules as follows.

    For the reasons stated by plaintiff, the motion is hereby GRANTED, and plaintiff is hereby awarded $4020.50 in attorney's fees and $476.94 in costs, for a total of $4497.44.

**IT IS SO ORDERED.**

Dated: March 19, 2007

MAXINE M. CHESNEY
United States District Judge